PARDEE, Respondent, v. MURPHY et al., Appellants. (Supreme Court, Appellate Divi-

sion, Third Department. May 4, 1910.) Action by Edward H. Pardee against George Murphy and others.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., dissents.

PARISI, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by John Parisi against the Erie Railroad Company. M. Feltenstein, for appellant. F. B. Jennings, for respondent. No opinion. Judgment affirmed, with costs. Order filed.